UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-723 (FSH) |
| v. | **ORDER** |
| FRANCESCO RAUSEO. | |
| Defendant. | |

This matter having come before the Court by Defendant, Francesco Rauseo, for permission to travel to Porta Viarta, Mexico, leaving July 10, 2010 for a one-week vacation, and

it appearing that Defendant Rauseo was sentenced to 4 years Probation on December 15, 2009 with conditions, and

it appearing that the U.S. Probation Department advised Defendant Rauseo to contact the Mexican Consulate to obtain their approval to travel; and

it appearing that the U.S. Probation Department also advised Defendant Rauseo that permission from the Court was needed to travel outside of the country because the request was not made to the Probation Department 30-days prior to the trip;

**IT IS** on this 9th day of July, 2010,

**ORDERED** that Defendant Rauseo obtain written approval from the Mexican Consulate for permission to travel to Mexico, a copy of which shall be provided to the U.S. Probation Department; it is further

**ORDERED** that if the appropriate approval is granted by the Mexican Consulate, Defendant Rauseo shall be allowed to travel to Porta Viarta, Mexico, leaving July 10, 2010 for one-week; it is further

**ORDERED** that if appropriate approval is granted, Defendant Rauseo provide a copy of his itinerary to the U.S. Probation Office; and it is further

**ORDERED** that if appropriate approval is granted, Defendant Rauseo shall contact his U.S. Probation Officer upon his return to the United States.

                   _/s/ Faith S. Hochberg_
                   United States District Judge