UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-723 (FSH) |
| v. | : | |
| | : | **AMENDED ORDER** |
| FRANCESCO RAUSEO. | : | |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court by Defendant, Francesco Rauseo, for an Order

amending the Court's July 9, 2010 Order, and for good cause shown;

**IT IS** on this 14ᵗʰ day of July, 2010,

**ORDERED** that Defendant Rauseo obtain written approval from the Mexican Consulate for

permission to travel to Mexico, a copy of which shall be provided to the U.S. Probation Department;

it is further

**ORDERED** that if the appropriate approval is granted by the Mexican Consulate, Defendant

Rauseo shall be allowed to travel to Porta Viarta, Mexico, leaving no sooner than July 15, 2010 and

returning no later than July 22, 2010; it is further

**ORDERED** that if appropriate approval is granted, Defendant Rauseo provide a copy of his

itinerary to the U.S. Probation Office; and it is further

**ORDERED** that if appropriate approval is granted, Defendant Rauseo shall contact his U.S.

Probation Officer upon his return to the United States.


     /s/ Faith S. Hochberg
United States District Judge